# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 29, 2024

### NO. 03-22-00200-CV

**TGP Public Schools, Inc., d/b/a The Gathering Place, Appellant**

**v.**

**Powell Law Group, LLP, as successor in interest to Powell, Youngblood & Taylor, LLP, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE BYRNE
DISSENTING OPINION BY JUSTICE KELLY**

This is an appeal from the order signed by the trial court on April 7, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's denial of TGP's plea to the jurisdiction and render judgment as to the claims asserted against TGP and dismiss these claims for lack of jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.